UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00048-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES S. TAYLOR,

    Defendant.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on November 30, 2012. A Change of Plea hearing is set for **Tuesday, February 26, 2013 at 11:00 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  December 3, 2012

-1-